UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 05-1202 ODW(RNBx) | Date | December 27, 2010 |
|---|---|---|---|
| Title | Jane Doe v. The City of Anaheim et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**    Order to Show Cause re Case Settlement

The Court is in receipt of the Notice of Settlement [92] as to defendants City of Anaheim and Anaheim Police Department only filed December 21, 2010. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, January 31, 2011 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
|  | Initials of Preparer | RGN |